OTTAWA DEVELOPMENT CORPO-
RATION, a New York corpora-
tion Plaintiff—Appellant,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOP-
MENT; Matrix Realty Group, Incor-
porated Defendants—Appellees.

No. 01–1823.

United States Court of Appeals,
Sixth Circuit.

May 2, 2002.

Rosse M. MCLEOD, Plaintiff–
Appellant,

v.

George W. HATTAWAY, Commissioner
of the Department of Children Ser-
vices; Angie Evans, Department of
Social Services; Jimmy Kimble, De-
partment of Social Services, Defen-
dants–Appellees.

No. 01–5444.

United States Court of Appeals,
Sixth Circuit.

May 3, 2002.

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the statement on the record.